In the Matter of the SCIENTIFIC SPECIALTIES Co., INC. UNITED STATES OF AMERICA, Appellant; AMERICAN BONDING COMPANY OF BALTIMORE et al., Respondents.

(Argued June 1, 1936; decided July 8, 1936.)

*Lamar Hardy, United States Attorney (David W. Wainhouse* and *George B. Schoonmaker* of counsel), for appellant.

*R. Elliott Davis* and *Thomas E. White* for American Bonding Company of Baltimore, respondent.

*William E. Robinson* and *William S. Armstrong* for Fidelity and Deposit Company of Maryland, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.